## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## CIVIL ACTION

| | |
|---|---|
| BRIAN PATTERSON, | |
| Plaintiff | CIVIL ACTION NO.: |
| v. | JURY TRIAL DEMANDED |
| WAL-MART STORES EAST, LP, WAL-MART STORES EAST, INC., and WAL-MART STORES, INC. | |
| Defendants | **COMPLAINT** |

## COMPLAINT

Plaintiff, Brian Patterson, by and through her attorney, Gerald B. Baldino, Jr., Esquire, respectfully represents as follows:

### PARTIES

1. Plaintiff, Brian Patterson, is an adult individual residing at 1819 Lincoln Highway E, Lancaster, Pennsylvania 17602.

2. Defendant Wal-Mart Stores, Inc. is a business entity with corporate offices located at 702 Northwest 8th Street, Bentonville, Arkansas 72716.

3. Defendant Wal-Mart Stores East, L.P. is an Arkansas corporation existing and doing business under the laws of the Commonwealth of Pennsylvania, with a registered corporate office located at C T Corporation System, 600 N 2nd Street, Suite 401, Harrisburg, Pennsylvania 17101-1071.

4. Defendant Wal-Mart Stores East, Inc. is an Arkansas corporation existing and doing business under the laws of the Commonwealth of Pennsylvania, with a registered

corporate office located at C T Corporation System, 600 N 2nd Street, Suite 401, Harrisburg, Pennsylvania 17101-1071.

5. Defendants, Wal-Mart Stores, Inc., Wal-Mart Stores East, L.P. and Wal-Mart Stores East, Inc., are hereinafter collectively referred to as "Wal-Mart."

6. The Wal-Mart Defendants regularly conduct business and maintain retail stores within the city and county of Lancaster and within the Commonwealth of Pennsylvania.

## JURISDICTION AND VENUE

7. This Court has jurisdiction over this dispute pursuant to 28 U.S.C. §1332. Venue is properly laid within the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1391(b).

## GENERAL ALLEGATIONS

8. On or about February 26, 2021, Plaintiff, Brian Patterson, was a customer at the Wal-Mart Supercenter Store #2334, located at or about 2034 Lincoln Highway East, Lancaster PA 17602.

9. At the aforementioned time and place, Plaintiff was caused to slip and fall as a result of a dangerous, slippery condition created by produce that was on the floor.

10. The incident was caused by the negligence of Defendants and Plaintiff was in no way negligent.

## COUNT I – NEGLIGENCE

### Plaintiff, Brian Patterson v. All Defendants

11. Plaintiff incorporates by reference the paragraphs above as if set forth herein in their entirety.

12. At all times relevant hereto, Defendants were in the exclusive possession, management and control of the premises of the aforementioned Wal-Mart Store.

13. The fall was caused exclusively and solely by the Defendants' negligence, in that:

   a. Defendants caused or permitted dangerous conditions to exist;

   b. Defendants failed to make a reasonable inspection of the premises, which would have revealed the dangerous condition created by the Defendants;

   c. Defendants failed to give warning of the dangerous condition and failed to erect barricades or to take any other precautions to prevent injury to the plaintiff;

   d. Defendants failed to remove the defective condition;

   e. Defendants failed to exercise reasonable prudent and due care to keep the premises in a safe condition for the plaintiff; and

   f. Defendant, Wal-Mart Stores East, LP, was otherwise negligent under the circumstances.

14. The Defendants, through their employees, servants and agents, either had actual notice of the unsafe and dangerous condition created by the produce on the floor and sufficient time to correct the dangerous situation, or the condition existed for so long a period of time prior to the occurrence that defendants, in the exercise of due care, could and should have known of the unsafe and dangerous condition of the shopping aisle.

15. Solely as a result of the negligence of Defendants, Plaintiff was caused to suffer various physical injuries, including but not limited to: contusion of bilateral knees; traumatic injury to the neck and back; bilateral low back pain with left-sided sciatica; chronic pain syndrome; spondylosis with radiculopathy, lumbar region; spondylosis with radiculopathy, lumbosacral region; cervicocranial syndrome; idiopathic scoliosis, cervicothoracic region; spinal

instabilities, sacral and sacrococcygeal region; segmental and somatic dysfunction of cervical region; segmental and somatic dysfunction of lumbar region; segmental and somatic dysfunction of pelvic region; and injuries to the nerves and nervous system.

16. As a direct result of the aforesaid incident, plaintiff suffered severe shock to his nervous system, great physical pain, and mental anguish, all of which may continue for an indefinite period of time into the future.

17. Plaintiff has been compelled to expend various sums of money for medication and medical attention in attempting to remedy the aforementioned injuries.

18. As a result of his injuries, plaintiff may have suffered a permanent disability and permanent impairment of his earning power and capacity.

19. As a direct result of the incident, plaintiff has been prevented from attending to his usual duties and obligations, and believes that he may be prevented from so doing in future, as his injuries seem to be permanent in nature.

20. As a result of his injuries, plaintiff may have suffered a permanent diminution of his ability to enjoy life and life's pleasures.

21. As a result of the aforesaid slip and fall, Plaintiff has sustained a loss of wages.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of $75,000.00 plus interest and costs.

SACCHETTA & BALDINO

By: _____
GERALD A. BALDINO, JR., ESQUIRE
Attorney I.D. No. 55624
308 East Second Street
Media, PA 19063
(610)891-9212
Attorneys for Plaintiff