# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN PATTERSON, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 22-4177 |
| WAL-MART STORES, INC. *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 25th day of January, 2024, upon consideration of Defendants' Motion for Partial Summary Judgment (ECF No. 39), Plaintiff Brian Patterson's opposition thereto (ECF No. 41), and Defendants' reply in support thereof (ECF No. 43), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**, and Mr. Patterson's case will proceed as to his negligence claim alone.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**